# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D17-1752
_____

KENNETH STARNES,

   Appellant,

v.

GULF COUNTY SHERIFF'S
OFFICE,

   Appellee.

_____

On appeal from the Circuit Court for Gulf County.
John L. Fishel, II, Judge.

April 6, 2018

PER CURIAM.

   AFFIRMED.

ROBERTS, ROWE, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Cecile M. Scoon of Peters & Scoon, Panama City, for Appellant.

Robert Wayne Evans and Barron F. Dickinson of Allen, Norton & Blue, P.A., Tallahassee, for Appellee.